**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00382-CR**
_____

**IN RE ANTHONY CORNELIUS**

**Original Proceeding**
**411th District Court of Polk County, Texas**
**Trial Cause No. 22,027**

**MEMORANDUM OPINION**

In this original mandamus proceeding, Anthony Cornelius contends his final felony conviction in trial court Cause Number 22,027 is void due to the involuntariness of his guilty plea, which he claims the State induced by agreeing to dismiss a charge in another case that violated the prohibition against the application of ex post facto laws. Article 11.07 of the Texas Code of Criminal Procedure provides the exclusive method for challenging a final felony conviction in a non-death penalty case. *See* Tex. Code Crim. Proc. Ann. art. 11.07, sec. 5. Only the Court

1

of Criminal Appeals has the authority to grant relief under article 11.07. *See Ex parte Ybarra*, 629 S.W.2d 943, 946–47 (Tex. Crim. App. 1982). Because the adequate remedy at law available to Cornelius is through an article 11.07 application for a writ of habeas corpus, mandamus relief from this Court is unavailable. *See Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991). We deny the petition for writ of mandamus.

PETITION DENIED.

PER CURIAM

Submitted on November 12, 2019
Opinion Delivered November 13, 2019
Do Not Publish

Before McKeithen, C.J., Kreger, and Johnson, JJ.